United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 24, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41708
Summary Calendar
_____

JEFFERY WARREN SANDERS,

Plaintiff-Appellant,

versus

TRACY JOHNSON; SHIRLEY MEYERS; JACK MEYERS,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-01-CV-143
--------------------

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:*

Jeffery Warren Sanders, Texas prisoner # 680206, appeals the
dismissal of his *pro se, in forma pauperis* 42 U.S.C. § 1983
complaint.  He asserts that the defendants engaged in fraud and
unfair practices in filing a police report against him for a bad
check charge, which resulted in his plea of *nolo contendere* to the
offense and to a revocation of his parole.  The district court did
not abuse its discretion in dismissing as frivolous Sanders's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

claims, inasmuch as his allegations implicate the invalidity of his conviction and revocation, and Sanders has not demonstrated that these have been invalidated.  Heck v. Humphrey, 512 U.S. 477, 487 (1994); Siglar v. Hightower, 112 F.3d 191, 193 (5th Cir. 1997). Consequently, the judgment of the district court is AFFIRMED.